AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| ACULON, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00720-XR |
| ELECTROLAB, INC.; E9 TREATMENTS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plainitff, Aculon, Inc.

Date: 08/27/2024

/s/ Vishal C. Gupta (admitted pro hac vice)
*Attorney's signature*

Vishal C. Gupta (NY 4488946 / NJ 033522006)
*Printed name and bar number*

Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
*Address*

vgupta@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

(202) 429-3902
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Appearance of Vishal C. Gupta was electronically served on all counsel of record *via* the Court's electronic filing system and by email.

Dated: August 27, 2024

By: */s/ Vishal C. Gupta*
Vishal C. Gupta
(vgupta@steptoe.com)
**S**TEPTOE **LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (202) 429-3902

*Attorney for Plaintiff, Aculon, Inc.*