AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Aculon, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00720-XR |
| Electrolab, Inc.; E9 Treatments, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Aculon, Inc.                                         .

Date: 10/15/2024

/s/ Jordan P. Markham (pro hac vice)
*Attorney's signature*

Jordan P. Markham (N.Y. 495416)
*Printed name and bar number*

Steptoe LLP
111 Avenue of the Americas
New York, N.Y. 10036
*Address*

jmarkham@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

(202) 429-3902
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Appearance of Jordan P. Markham was electronically served on all counsel of record *via* the Court's electronic filing system and by email.

Dated: October 15, 2024

By: */s/ Jordan P. Markham*
Jordan P. Markham
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (202) 429-3902
migreen@steptoe.com

*Attorney for Plaintiff, Aculon, Inc.*