AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Aculon, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00720-XR |
| Electrolab, Inc.; E9 Treatments, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Aculon, Inc.                                                                        .

Date:   10/15/2024                                       /s/ Michael I. Green (pro hac vice)
                                                                *Attorney's signature*

                                                        Michael I. Green (N.Y. 5914692)
                                                        *Printed name and bar number*

                                                        Steptoe LLP
                                                        111 Avenue of the Americas
                                                        New York, N.Y. 10036
                                                        *Address*

                                                        migreen@steptoe.com
                                                        *E-mail address*

                                                        (212) 506-3900
                                                        *Telephone number*

                                                        (202) 429-3902
                                                        *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Appearance of Michael I. Green was electronically served on all counsel of record *via* the Court's electronic filing system and by email.

Dated: October 15, 2024

By: */s/ Michael I. Green*
Michael I. Green
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (202) 429-3902
migreen@steptoe.com

*Attorney for Plaintiff, Aculon, Inc.*